# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Freedom of the Press Foundation

**v.**                                                    **Case No:**

Trump

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| DONALD TRUMP | WHITE HOUSE OFFICE |
| EXECUTIVE OFFICE OF THE PRESIDENT | SUSAN WILES |
| JAMES DAVID VANCE | NATIONAL ARCHIVES & RECORDS ADMIN. |
| OFFICE OF THE VICE PRESIDENT | EDWARD FORST |

### Counsel Information

Lead Counsel: Maxwell A. Baldi

Direct Phone: ( 202 ) 532-0211  Fax: ( ___ ) _____  Email: maxwell.baldi@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: ( 202 ) 514-1838  Fax: ( ___ ) _____  Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue NW, Washington, D.C. 20530

Firm Phone: ( 202 ) 305-1754  Fax: ( ___ ) _____  Email: Civil.Appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)