# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Freedom of the Press Foundation, et al

**v.**

Trump, et al

**Case No:** 26-5186

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Freedom of the Press Foundation

Citizens for Responsibility and Ethics in Wash.

### Counsel Information

Lead Counsel: Jonathan Maier

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email: jmaier@citizensforethics.org

2nd Counsel:  Nikhel S. Sus

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email: nsus@citizensforethics.org

3rd Counsel: Lauren C. Bingham

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email: lbingham@citizensforethics.org

Firm Name:  Citizens for Responsibility and Ethics in Washington

Firm Address: PO Box 14596, Washington, DC 20044

Firm Phone: ( 202 ) 408-5565  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)