**Nos. 26-5185, 26-5186**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN HISTORICAL ASS'N & AMERICAN OVERSIGHT,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, et al.

*Defendants-Appellants*.

FREEDOM OF THE PRESS FOUNDATION &
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, et al.

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia, Case Nos. 26-cv-1169 & 26-cv-1402
The Honorable John D. Bates

## CORPORATE DISCLOSURE STATEMENT

In accordance with D.C. Circuit Rule 26.1, Plaintiffs-Appellees Freedom of

the Press Foundation and Citizens for Responsibility and Ethics in Washington

certify that they have no parent companies or publicly traded companies with a

10% or greater ownership interest in their entities.

Dated: June 10, 2026                                 Respectfully submitted,

*s/ Kelsi Brown Corkran*

Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 661-6728
kbc74@georgetown.edu

Jonthan E. Maier
Nikhel S. Sus
Lauren C. Bingham
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jmaier@citizensforethics.org
nsus@citizensforethics.org
lbingham@citizensforethics.org

*Attorneys for Plaintiffs-Appellees
Freedom of the Press Foundation and
Citizens for Responsibility and Ethics
in Washington*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I electronically filed the foregoing document with the Clerk of the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.  Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Kelsi Brown Corkran*
Kelsi Brown Corkran