**Nos. 26-5185, 26-5186**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICAN HISTORICAL ASS'N & AMERICAN OVERSIGHT,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, et al.

*Defendants-Appellants*.

FREEDOM OF THE PRESS FOUNDATION &
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

*Plaintiffs-Appellees*,

v.

DONALD TRUMP, et al.

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia, Case Nos. 26-cv-1169 & 26-cv-1402
The Honorable John D. Bates

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with D.C. Circuit Rules 12(c) and 28(a)(1), Appellees

Freedom of the Press Foundation and Citizens for Responsibility and Ethics in

Washington certify as follows:

### A.    Parties and Amici

1. In case number 26-5186, Plaintiffs below and Appellees here are:

    a. Freedom of the Press Foundation; and

1

    b. Citizens for Responsibility and Ethics in Washington.

2. In case number 26-5185, Plaintiffs below and Appellees here are:

    a. American Historical Association; and

    b. American Oversight.

3. In case number 26-5186, Defendants below and Appellants here are:

    a. Donald Trump, in his official capacity as President of the United States of America;

    b. The Executive Office of the President of the United States;

    c. James David Vance, in his official capacity as Vice President of the United States of America;

    d. The Office of the Vice President of the United States;

    e. The White House Office;

    f. Susan Wiles, in her official capacity as White House Chief of Staff;

    g. The National Archives and Records Administration; and

    h. Edward Forst, in his official capacity as Acting Archivist of the United States.

4. In case number 26-5185, Defendants below and Appellants here are:

    a. Donald J. Trump, in his official capacity as President of the United States and in his personal capacity;

b. James David Vance, in his official capacity as Vice President of the United States;

c. The White House Office;

d. Susan Wiles, in her official capacity as White House Chief of Staff;

e. Philip C. Droege, in his official capacity as Director of the Office of Records Management;

f. The National Security Council;

g. Catherine Keller, in her official capacity as Executive Secretary of the National Security Council;

h. The Homeland Security Council;

i. Stephen Miller, in his official capacity as Homeland Security Advisor; Council on Economic Advisers;

j. Pierre Yared, in his official capacity as Acting Chairman of the White House Council of Economic Advisers;

k. The Executive Residence;

l. Robert B. Downing, in his official capacity as White House Chief Usher;

m. The President's Intelligence Advisory Board;

n. Devin Nunes, in his official capacity as Chairman of the President's Intelligence Advisory Board; Office of Administration;

o.  Joshua Fisher, in his official capacity as Director of the Office of Administration;

p.  The Office of the Vice President;

q.  Jacob Reses, in his official capacity as Chief of Staff to the Vice President;

r.  The United States DOGE Service;

s.  Amy Gleason, in her official capacity as Acting Administrator of the United States DOGE Service;

t.  The United States Department of Justice;

u.  Todd Blanche, in his official capacity as Acting Attorney General of the United States;[1]

v.  The National Archives and Records Administration; and

w.  Ed Forst, in his official capacity as Acting Archivist of the United States.

5.  In the district court, David Krucoff and John Page sought leave to file an amicus brief in *American Historical Association v. Trump*, No. 26-cv-1169 (D.D.C.) (case number 26-5185 on appeal).  The district court denied that request.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Todd Blanche has been automatically substituted for his predecessor.

**B.     Rulings Under Review**

The rulings under review were entered in *American Historical Association v. Trump*, No. 26-cv-1169 (D.D.C.), and *Freedom of the Press Foundation v. Trump*, No. 26-cv-1402 (D.D.C.), by Judge John D. Bates. They are the May 20, 2026 Memorandum Opinion entered in each case at Docket Numbers 24 (*American Historical Association*) and 15 (*Freedom of the Press Foundation*). That ruling is not yet published

**C.     Related Cases**

This case has not previously been before this Court or any court other than the district court.  Counsel for appellees are unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: June 10, 2026

Respectfully submitted,

*s/ Kelsi Brown Corkran*

Kelsi Brown Corkran
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 661-6728
kbc74@georgetown.edu

Jonthan E. Maier
Nikhel S. Sus
Lauren C. Bingham
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON

P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jmaier@citizensforethics.org
nsus@citizensforethics.org
lbingham@citizensforethics.org
*Attorneys for Plaintiffs-Appellees*
*Freedom of the Press Foundation and*
*Citizens for Responsibility and Ethics*
*in Washington*

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2026, I electronically filed the foregoing document with the Clerk of the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.  Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Kelsi Brown Corkran*
Kelsi Brown Corkran