# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Freedom of the Press Foundation

**v.**

Donald Trump                                    **Case No:** 26-5186

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Freedom of the Press Foundation

Citizens for Responsibility & Ethics in Wash.

### Counsel Information

Lead Counsel: 

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email: 

2nd Counsel:  William Powell

Direct Phone: ( 202 ) 661-6629   Fax: ( ___ ) ___ - ___   Email: whp25@georgetown.edu

3rd Counsel: 

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email: 

Firm Name:  Institute for Constitutional Advocacy and Protection, Georgetown Law

Firm Address: 600 New Jersey Avenue NW, Washington DC 20001

Firm Phone: ( 202 ) 662-9000   Fax: ( ___ ) ___ - ___   Email: 

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)