# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Freedom of the Press Foundation

**v.**
Donald Trump,                              **Case No:** 26-5186

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⊗ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⊗ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Freedom of the Press Foundation

Citizens for Responsibility & Ethics in Washington

### Counsel Information

**Lead Counsel:** Kelsi Corkran

**Direct Phone:** ( 202 ) 661-6728  **Fax:** ( ___ ) _____  **Email:** kbc74@georgetown.edu

**2nd Counsel:**

**Direct Phone:** ( ___ ) _____  **Fax:** ( ___ ) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____  **Fax:** ( ___ ) _____  **Email:**

**Firm Name:** Institute for Constitutional Advocacy & Protection, Georgetown Law

**Firm Address:** 600 New Jersey Ave NW, Washington DC 20001

**Firm Phone:** ( 202 ) 662-9000  **Fax:** ( ___ ) _____  **Email:** n/a

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)