# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Freedom of the Press Foundation

v.

Trump

**Case No:** 26-5186

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| DONALD TRUMP | WHITE HOUSE OFFICE |
| EXECUTIVE OFFICE OF THE PRESIDENT | SUSAN WILES |
| JAMES DAVID VANCE | NATIONAL ARCHIVES & RECORDS ADMIN. |
| OFFICE OF THE VICE PRESIDENT | EDWARD FORST |

### Counsel Information

Lead Counsel: John Bailey

Direct Phone: ( 202 ) 514-6993 Fax: ( ) - Email: john.bailey@usdoj.gov

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: U.S. Department of Justice, Civil Division

Firm Address: 950 Pennsylvania Ave NW, Washington, D.C. 20530

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.